UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WM BANG LLC AND JBANG LLC D/B/A
BANG, on behalf of themselves and all others
Similarly situated,

                Plaintiffs,                20 **CIVIL** 4540 (KMK)

     -against-                        **JUDGMENT**

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 13, 2021, the Defendant's Motion is granted; accordingly, the case is closed.

**Dated:** New York, New York
         September 14, 2021

                                              **RUBY J. KRAJICK**

                                                    **Clerk of Court**
                          **BY:**

                                                    **Deputy Clerk**